UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFREY LYNN ROBERTS, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 5:23-CV-246-D-RJ** |
| DAYMARK RECOVERY SERVICES, INC. and GRANVILLE COUNTY SHERIFF'S DEPARTMENT, | ) |
| Defendants. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS each defendant's motion to dismiss [D.E. 8, 17] and DISMISSES WITH PREJUDICE plaintiff's complaint for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on August 7, 2023, and Copies To:**

| | |
|---|---|
| Jeffrey Lynn Roberts | (via U.S. Mail to 432 Landon Rd., Angier, NC 27501) |
| Laura Gregory Brook | (via CM/ECF electronic notification) |
| Michael S. Litrenta | (via CM/ECF electronic notification) |
| James R. Morgan , Jr. | (via CM/ECF electronic notification) |

DATE: August 7, 2023          PETER A. MOORE, JR., CLERK

                              (By)  /s/ Stephanie Mann
                              Deputy Clerk